George B. Earle et al., appellants,

*v.*

Edward F. Roberts et al., respondents.

On appeal from a decree advised by Vice-Chancellor Van Fleet, whose opinion is reported in *Earle* v. *Norfolk and New Brunswick Co., 9 Stew. Eq. 188.*

*Mr. S. Tuttle* and *Mr. J. D. Bedle,* for appellants.

*Mr. Woodbridge Strong* and *Mr. Barker Gummere,* for respondents.

PER CURIAM.

This decree unanimously affirmed for the reasons given by Vice-Chancellor Van Fleet.